JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HOUSE FUND, LLC, a California Limited Liability Company,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>LAUNCH HOUSE, INC., a Delaware Corporation,<br><br>　　　　　　　　　Defendant. | Case No. LA CV 23-00259-SPG(ASx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(2) [ECF NO. 18]** |

On March 1, 2023, the parties filed a Stipulation of Dismissal with Prejudice Under Rule 41(a)(2) ("Stipulation") (ECF No. 18). The parties' stipulation requests that the Court dismiss this action with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure, with the parties to bear their own attorneys' fees and costs, and for the Court to retain jurisdiction for the purpose of enforcing the parties' settlement agreement.

The Court, having considered the parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. This action is hereby dismissed with prejudice;

2. Each party is to bear its own attorneys' fees and costs (except as otherwise agreed to in writing between the parties).

**IT IS SO ORDERED.**

Dated:   March 16, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE